JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBER ANTONIO URBINA GARCIA, | Case No. 5:26-cv-03362-JWH-E |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN, ADELANTO DETENTION CENTER, | |
| Respondent. | |

Pursuant to the "Order Granting Petition for Writ of Habeas Corpus" entered substantially herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    Respondent is **DIRECTED** to release Petitioner Wilber Antonio Urbina Garcia (A# 246-545-138) from detention **FORTHWITH,** on the same conditions of supervision existing prior to Urbina Garcia's June 10, 2026, re-detention.

2.    Respondent is **ENJOINED** from any further re-detention of Urbina Garcia, absent at least seven (7) days' prior notice and a pre-detention hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Urbina Garcia is an unacceptable danger to the community or an unacceptable flight risk.

**IT IS SO ORDERED.**

Dated:___June 26, 2026___

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-